# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No.: ) |
| JOHN PENDERGRASS, KENNETH BECK and TRESEA KRIESCHER, | ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW the Plaintiff, Safeco Insurance Company of America, by and through its undersigned attorney, and brings this Complaint for Declaratory Judgment.

### FACTS REGARDING JURISDICTION AND VENUE

1.  This is an action for Declaratory Relief pursuant to 28 U.S.C. § 2201.

2.  At all material times, Safeco Insurance Company of America was domiciled in Seattle, Washington.

3.  Upon information and belief, at all material times, John Pendergrass was and is a citizen of Alabama.

4.  Upon information and belief, at all material times, Kenneth Beck was and is a citizen of Alabama.

5. Upon information and belief, at all material times, Tresea Kriescher was and is a citizen of Alabama.

6. The amount in controversy exceeds the sum of $75,000 exclusive of interest, attorney's fees and costs. This Court has diversity jurisdiction by virtue of 28 U.S.C. § 1332.

7. Venue is proper in the Northern District of Alabama pursuant to 28 U.S.C. §1391(a) because Respondents reside within the district, and because a substantial part of the events giving rise to the claim occurred in the district.

## GENERAL ALLEGATIONS

8. On or about August 18, 2008, Safeco Insurance Company of America ("Safeco") issued an insurance policy to Kenneth Beck, Policy No. OF1833570 effective from August 18, 2008 to August 18, 2009 (the "Policy"). A copy of the Policy is attached as **Exhibit "A."**

9. Kenneth Beck ("Beck") is the named insured under the Policy.

10. John Pendergrass brought a lawsuit in the Circuit Court of Marshall County, Alabama, Civil Action No. CV-2009-900101, against Kenneth Beck and Tresea Kriescher (the "underlying action") alleging claims of negligence, wantonness, negligence per se and wantonness per se against both Beck and Kriescher. Pendergrass ultimately amended his complaint to include additional claims against Beck for negligent and wanton construction and maintenance of the dog pen. Copies of the original complaint and amended complaint in the underlying action are attached as **Exhibit "B**.**"**

11. In the underlying action, Pendergrass alleges that he was injured on or about February 24, 2009 when he was attacked by two bulldogs owned by Kriescher. Kriescher rented the residence at 2313 Crockett Circle in Guntersville, Alabama which was near Pendergrass' home. The residence rented by Kriescher was owned and insured by Beck. *See* Exhibit A.

12. The Safeco policy's fundamental liability coverage is set out under Coverage L – Premises Liability which states in pertinent part:

**OPTION H – PREMISES LIABILITY**

. . .

1. Coverage L - Premises Liability

    We cover the insured's liability for bodily injury or property damage caused by an occurrence arising out of the ownership, maintenance, occupancy or use of the insured location, not otherwise excluded.

. . .

**EXCLUSIONS**

. . .

2. Coverage L - Premises Liability does not apply to:

    . . .

    m. liability arising out of any animal that any *insured* acquires, owns or keeps.

. . .

**DEFINITIONS**

1. Throughout this policy, "you" and "your" refer to the "named insured" shown in the Declarations and:

    . . .

    b. your domestic partner, if a resident of the same household. "Domestic partner" means a person living as a continuing partner with you and:

3

    (1)    is at least 18 years of age and competent to contract;

    (2)    is not a relative, and

    (3)    shares with you the responsibility for each other's welfare, evidence of which includes:

        (a)    the sharing in the domestic responsibilities for the maintenance of the household; or

        (b)    having joint financial obligations, resources, or assets; or

        (c)    one with whom you have made a declaration of domestic partnership or similar declaration with an employer or government entity.

Domestic partner does not include more than one person, a roommate whether sharing expenses equally or not, or one who pays rent to the named insured.

13.    Safeco is in doubt of its rights under the policy and, by this Complaint, seeks a declaration of its rights and obligations with respect to the underlying action and a finding by this Court that under the above-referenced policy of insurance, Safeco has no duty to defend or indemnify any insured or purported insured in connection with the underlying action because coverage is precluded by the above provisions and exclusions.

14.    There exists a bona fide actual present and practical need for the declaration of coverage available under the policy, and the rights and obligations of Safeco.

15.    There exists a present ascertained or ascertainable state of facts or present controversy as to facts concerning the rights and obligations of Safeco under the policy.

16.     The rights and obligations of Safeco under the policy are dependant upon the facts and the law affecting coverage under the policy.

17.     Safeco and the Respondents have an actual, present controversy in the subject matter described herein.

18.     All proper and present interests are before the Court by proper process.

19.     All conditions precedent to the initiation and maintenance of this action have been complied with, have occurred, or have been waived.

WHEREFORE, Safeco respectfully requests this to Court enter a Judgment declaring that:

A.  Safeco has no duty to defend any insured or purported insured in the underlying action.

B.  Safeco has no duty to indemnify any insured or purported insured as to any verdicts, judgments, or settlements in the underlying action.

C.  Safeco further requests judgment for its costs and disbursements incurred herein and for such other relief as may be warranted.

Respectfully submitted,

s/ *Elizabeth Kanter*
ELIZABETH J. KANTER (ASB-0898-L75J)
Attorney for Plaintiff
Safeco Insurance Company of America

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway, Suite 200
Birmingham, Alabama   35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

**Plaintiff Requests Service by Certified Mail:**

| JOHN PENDERGRASS | KENNETH BECK | TRESEA KRIESCHER |
|---|---|---|
| 2317 Crockett Circle | 113 Lecroy Drive | 928 West Main Street |
| Guntersville, AL 35976 | Guntersville AL 35976 | Albertville, AL 35950 |